UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH    DIVISION

| | | |
|---|---|---|
| GENERAL MILLS, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  CV415-290 |
| ORIENT OVERSEAS CONTAINER LINE, LTD., | ) | |
| Defendant. | ) | |

## ORDER

The Court having reviewed and considered the petition of Thomas L. Tisdale of the law firm of Tisdale Law Offices, LLC, 10 Spruce Street, Southport, Connecticut 06890, for permission to appear pro hac vice on behalf of defendant Orient Overseas Container Line, Ltd., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Thomas L. Tisdale, as counsel of record for defendant Orient Overseas Container Line, Ltd., in this case.

**SO ORDERED** this __7th__ day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA