IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GENERAL MILLS, INC.,

    Plaintiff,

v.

ORIENT OVERSEAS CONTAINER LINE,
LTD.; ALL POINTS TRANSPORT; and
EVANS DELIVERY COMPANY;

    Defendants.

ORIENT OVERSEAS CONTAINER LINE,
LTD.,

    Third-Party Plaintiff,

v.

ALL POINTS TRANSPORT and EVANS
DELIVERY COMPANY

    Third-Party Defendants.

CASE NO. CV415-290

## ORDER

Before the Court is the parties' Joint Motion for Dismissal With Prejudice of All Claims. (Doc. 43.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." After careful consideration, the parties' motion is **GRANTED**. All claims in this case are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of January 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA